**UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAIME ANTONIO MANDUJANO-EUDAVE,<br><br>Defendant. | Case Number    12-CR-237-08-RWR<br><br>**FILED UNDER SEAL** |

**JOINT STATUS REPORT AND REQUEST
TO TOLL SPEEDY TRIAL**

The United States, and the Defendant, through his counsels Allen Dale, Esq. and Guadalupe Valencia, Esq., hereby inform this Court of the current status of the above-captioned case.

1. On September 29, 2015, the Court issued an order requesting that the parties file a joint status report by January 8, 2016.

2. Negotiations are ongoing between the parties in an effort to resolve this matter short of trial. Counsels for the Defendant recently made a request for information regarding the Government's witnesses that is not subject to discovery under Rule 16, in an effort to better advise their client in this matter. The Government has taken the request into consideration and is trying to determine what steps can be taken to further the plea negotiations.

3. As a result of these ongoing negotiations, the parties are requesting an additional 30 days to continue their discussions. Additionally, the parties submit that the interests of justice outweigh the interests of the public of having a speedy trial in this matter and for the above

1

stated reasons request that the Court toll speedy trial until the date of the next hearing or the date that the next status update is due, pursuant to 18 U.S.C. §3161 (7)(A).

4. Furthermore, the parties request that this motion and accompanying order be filed under seal due to the sensitive nature of the information contained herein.

WHEREFORE, it is respectfully requested that this motion be granted.

Respectfully submitted,

Arthur G. Wyatt, Chief
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice

 /s/ Adrián Rosales
Adrián Rosales
Trial Attorney
Narcotic and Dangerous Drug
Section
Criminal Division
U.S. Department of Justice
145 N Street, N.E.
Washington, D.C. 20530
(202) 598-2281
Adrian.Rosales@usdoj.gov

Counsels for the Defendant:

/s/ G. Allen Dale
G. Allen Dale, Bar No. 954537
Law Office of G. Allen Dale, PLLC
575 7th Street, NW
Suite 300 South
Washington, D.C. 20004
Telephone: (202) 638-2900
gallendale@aol.com

/s/ Guadalupe Valencia
Guadalupe Valencia, *pro hac vice*
Law Offices of Guadalupe Valencia
105 West 5 Street, Third Floor
San Diego, CA 92101
gvalencialaw@yahoo.com

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of this motion has been served by electronic mail on counsels for the Defendant this 8th day of January, 2016.

                */s/ Adrián Rosales*
                Adrián Rosales
                Trial Attorney
                Narcotic and Dangerous Drug Section
                Criminal Division
                U.S. Department of Justice
                145 N Street, N.E.
                Washington, D.C. 20530
                (202) 598-2281